# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**PANJI WEAVING CO., LTD.,**

                Plaintiff,

        v.

**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A"**

                Defendants.

**Civil Action No.: 24-cv-01556**

## PLAINTIFFS NOTICE OF AFFILIATES

Pursuant to Rule 3.2 of the Local Rules for the Northern District of Illinois, Plaintiff Panji Weaving Co., Ltd. ("Plaintiff") hereby states that the following entities and/or individuals, either directly or indirectly, own 5% or more of Plaintiff:

- Rongsen Feng
- Laifa Li

DATED February 26, 2024

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*