UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Panji Weaving Co., Ltd.<br>*Plaintiff*,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A<br><br>*Defendants*. | **CASE NO.** 24-cv-01556<br><br>**Judge**: Charles P. Kocoras<br><br>**Magistrate Judge**: Keri L. Holleb Hotaling |

### AGREED MOTION FOR ENTRY OF AN ASSET RESTRAINT ORDER AS TO DEFENDANT GUANGZHOU YILI NETWORK TECHNOLOGY CO., LTD (D/B/A AUTOMET)

The Defendant Guangzhou Yili Network Technology Co., Ltd ("Defendant") hereby moves this Honorable Court for entry of an Agreed Asset Restraint Order as to this one Defendant. On February 29, 2024, this Court entered a Temporary Restrained Order ("TRO") [13] against the Defendants identified on Schedule A, including defendant Guangzhou Yili Network Technology Co., Ltd ("Defendant"). The TRO [13] included a provision to restrain funds in Defendant's linked financial accounts, including funds held by Amazon.com, Inc. and Amazon Pay (collectively, "Amazon").

On March 6, 2024, Plaintiff and Defendant (collectively, the "Parties") conferred regarding the asset restraint currently placed on Defendant's Amazon financial account. The Parties agreed to modify the current asset restraint on Defendant's account, by reducing the amount restrained to twenty thousand dollars ($20,000) until final disposition of this case as to Defendant. As such, the Parties move this Honorable Court for entry of an Agreed Asset Restraint Order as to Defendant. A

copy of the proposed Agreed Asset Restraint Order as to Defendant has been submitted to Proposed_Order_Kocoras@ilnd.uscourts.gov.

| | |
|---|---|
| Date: March 7, 2024 | Respectfully Submitted |
| | /s/ Ruoting Men |
| | Ruoting Men, Esq. |
| | Dandan Pan, Esq. |
| | GLACIER LAW LLP |
| | 200 E. Randolph Dr., Ste. 5100 |
| | Chicago, IL 60601 |
| | Ruoting.men@glacier.law |
| | Dandan.pan@glacier.law |
| | 332-261-8227 |
| | |
| | Tao Liu, Esq |
| | GLACIER LAW LLP |
| | 41 Madison Ave, Suite 2529 |
| | New York, NY 10010 |
| | Tao.liu@glacier.law |
| | |
| | Tianyu Ju, Esq |
| | GLACIER LAW LLP |
| | 251 South Lake Ave, Suite 910 |
| | Pasadena, CA 91101 |
| | |
| | ***Attorneys for Defendant*** |

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of March 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

| | |
|---|---|
| Date: March 7, 2024 | /s/ Ruoting Men |
| | Ruoting Men, Esq. |
| | Dandan Pan, Esq. |
| | GLACIER LAW LLP |
| | 200 E. Randolph Dr., Ste. 5100 |
| | Chicago, IL 60601 |
| | Ruoting.men@glacier.law |
| | Dandan.pan@glacier.law |
| | 332-261-8227 |
| | |
| | Tao Liu, Esq |
| | GLACIER LAW LLP |
| | 41 Madison Ave, Suite 2529 |
| | New York, NY 10010 |
| | Tao.liu@glacier.law |
| | |
| | Tianyu Ju, Esq |
| | GLACIER LAW LLP |
| | 251 South Lake Ave, Suite 910 |
| | Pasadena, CA 91101 |
| | Iris.Ju@glacier.law |
| | |
| | ***Attorneys for Defendant*** |