UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Panji Weaving Co., Ltd.<br>                *Plaintiff*,<br><br>    v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A<br><br>               *Defendants*. | **CASE NO.** 24-cv-01556<br><br>**Judge**: Charles P. Kocoras<br><br>**Magistrate Judge**: Keri L. Holleb Hotaling |

**AGREED ASSET RESTRAINT ORDER AS TO DEFENDANT
GUANGZHOU YILI NETWORK TECHNOLOGY CO., LTD (D/B/A AUTOMET)**

On February 29, 2024, this Court entered a Temporary Restrained Order ("TRO") [13] against the Defendants identified on Schedule A, including defendant Guangzhou Yili Network Technology Co., Ltd ("Defendant"). The TRO [13] included a provision to restrain funds in Defendant's linked financial accounts, including funds held by Amazon.com, Inc. and Amazon Pay (collectively, "Amazon").

IT IS HEREBY ORDERED that Amazon shall continue to restrain TWENTY THOUSAND DOLLARS ($20,000.00) of funds in the Defendant's Amazon seller account until final disposition of this case. Upon service of a copy of this Order, Amazon shall immediately lift any monetary restraints related to this Lawsuit on the Amazon seller account of Defendant's account, except for the $20,000.00 restraint of funds. Defendant shall not use the $20,000.00 restraint of funds to pay for any incurred charges or expenses, including but not limited to Amazon seller fees, shipping fees and chargebacks.

Plaintiff's counsel shall serve a copy of this Order on Amazon within one (1) business day of its entry by the Court.

IT IS SO ORDERED

_____

Charles P. Kocoras

United States District Judge

Date: March 12, 2024