**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PANJI WEAVING CO., LTD., | |
| Plaintiff, | Civil Action No.: 24-cv-01556 |
| v. | Judge Charles P. Kocoras |
| THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A" | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff  PANJI

WEAVING CO., LTD. ("Plaintiff") hereby dismisses this action with prejudice as to the

following Defendants:

| Defendant Name | Line No. |
|---|---|
| VUTRU | 109 |
| LA CHAPELE Gure | 117 |
| Putian Chengxiang Yinhuazhong Trade Co., Ltd | 44 |
| Shenzhen beauty network technology Co., LTD | 170 |
| Cookayler | 21 |
| NINIANFYUE | 45 |
| Yliquor | 26 |
| WNEGSTG | 159 |
| Toyscity | 7 |

DATED  March 22, 2024                          Respectfully submitted,

                                               /s/ Ge (Linda) Lei
                                               Ge (Linda) Lei
                                               203 N. LaSalle St., Suite 2100
                                               Chicago, IL 60601
                                               Attorney No. 6313341
                                               Linda.lei@getechlaw.com
                                               312-888-6633

                                               *ATTORNEY FOR PLAINTIFF*