THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PANJI WEAVING CO., LTD.,<br><br>                                      Plaintiff,<br><br>                                      v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A"<br><br>                                    Defendants. | Civil Action No.: 24-cv-01556<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Keri L. Holleb Hotaling |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PANJI WEAVING CO., LTD. ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|:---:|:---:|
| BYONEME STORE | 18 |
| Mannoder | 25 |
| Athlemon | 68 |
| Idtswch-US | 57 |
| AIOIC Brands US | 3 |
| JCMALL-US | 60 |
| Vsaiddt | 97 |
| Heyielda | 54 |
| Royal Matrix | 89 |
| Wildest Candy | 38 |
| kazimay | 73 |

| | |
|---|---|
| Ameisa | 37 |
| FUNISFUN | 39 |
| NuoLu | 50 |
| YUQIL | 19 |
| shuticai | 107 |
| BmjlFashion | 14 |
| BEE COOL | 84 |
| Hangzhou Jixin Trading Co., Ltd. | 46 |
| Seawhisper-US | 90 |
| Yuandiankeji | 103 |
| Breevo-US | 17 |
| Miluxas Clearance | 148 |
| YZHM Everything You Needs | 166 |
| RKZDSR | 153 |
| DxhmoneyHX | 134 |
| Yuwull | 165 |
| Xysaqa | 162 |
| YANHAIGONG | 163 |
| Fesfesfes | 135 |
| Lovskoo Fashion | 146 |
| jsaierl | 142 |
| Samickarr | 155 |
| Best Gift | 132 |
| WRSU Trade | 160 |
| Pejock | 149 |
| Nsc-HuanLE | 43 |
| NATHGAM Vintage Clothes | 80 |
| Gnainach | 47 |
| BAD PIGGIES & CO | 131 |

| | |
|---|---|
| Gustave Inc. | 137 |
| <u>YOUHUI</u> | 52 |

DATED  March 26, 2024

Respectfully submitted,

<u>/s/ Ge (Linda) Lei</u>
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*