THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PANJI WEAVING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A" <br><br> Defendants. | Civil Action No.: 24-cv-01556 <br><br> Judge Charles P. Kocoras <br><br> Magistrate Judge Keri L. Holleb Hotaling |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PANJI WEAVING CO., LTD. ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| NEXSONIC | 81 |
| BabyShark_HZH | 36 |
| ASFANES-1 | 78 |
| Liuying Trade | 72 |

DATED  April 02, 2024

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*