# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Panji Weaving Co., Ltd.

                                          Plaintiff,

v.                                                                              Case No.: 1:24–cv–01556

                                                                              Honorable Charles P. Kocoras

The Entities and Individuals Identified in Annex A,, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 8, 2024:

      MINUTE entry before the Honorable Charles P. Kocoras:A joint status report due by 4/15/24 advising the Court as to the status of the remaining defendants and proposed next steps in the case. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.