THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PANJI WEAVING CO., LTD.,<br><br>        Plaintiff,<br><br>      v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A"<br><br>        Defendants. | Civil Action No.: 24-cv-01556<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Keri L. Holleb Hotaling |

## STATUS REPORT

Plaintiff Panji Weaving Co., Ltd. ("Plaintiff") hereby provides the following Status Report as ordered by the Court (Dkt. No. 62).

**1. Defendants' Status:**

For all appearing Defendants, Plaintiff has either settled or is in the stage of finalizing a settlement.

For many of the non-appearing Defendants, Plaintiff has reached a settlement and a Notice of Dismissal has been filed.

For the remaining non-appearing Defendants, Plaintiff may pursue Default and Default Judgment.

DATED: April 15, 2024              Respectfully submitted,

                                By: /s/ Ge (Linda) Lei

1

Ge (Linda) Lei
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Illinois Attorney No. 6313341
linda.lei@getechlaw.com
(312) 888 - 6633

*COUNSEL FOR PLAINTIFF*