THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PANJI WEAVING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A" <br><br> Defendants. | Civil Action No.: 24-cv-01556 <br><br> Judge Charles P. Kocoras <br><br> Magistrate Judge Keri L. Holleb Hotaling |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PANJI WEAVING CO., LTD. ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| futulkyus | 40 |
| Dancer queen-us | 23 |

DATED  April 16, 2024

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*